[Criminal No. 122.]

·ANASTACIO MORALES, Appellant, v. THE TERRITORY
OF ARIZONA, Respondent.

APPEAL from the District Court of the Fourth Judicial
District in and for the county of Coconino. R. E. Sloan,.
Judge.

George W. Glowner, for Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

February 23, 1898.

PER CURIAM.—In the district court, the defendant,.
Anastacio Morales, was tried and convicted of the crime of
burglary. He appeals from the judgment rendered against
him and from an order refusing him a new trial. It is con-
tended for reversal that the trial court erred in refusing in-
structions offered by the defendant; but an inspection of the
record fails to disclose what, if any, instructions were request-
ed by the defendant, and an examination of all the instruc-
tions shown to have been given or refused satisfies us that
the jury was properly charged as to the law of the case. We
think the evidence fully supports the verdict, and find no
error in any of the proceedings. The judgment is therefore
affirmed.

[Criminal No. 128.]

L. N. BARNES, Appellant, v. THE TERRITORY OF
ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial
District in and for the County of Cochise.

No appearance for Appellant.

C. F. Ainsworth, Attorney-General, for Respondent.

October 1, 1898. Affirmed.